# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR02-00176DAE

CASE NAME:        USA v. (10) Edward Mersburgh aka "Kawika"

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   (10) William Domingo

INTERPRETER:

|   |   |   |   |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE:  | 2/27/2006         | TIME:     | 10:05-10:08:48am |

COURT ACTION:  EP: Final Pretrial Conference.  Defendant's presence waived.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on March 29, 2006 at 9:00.a.m.

Representations by counsel on trial time:
The United States and defendant estimate trial to take one (1) week total.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) : (none per the government)
2. a. Motions in Limine filed and served by : March 9, 2006 (government does not intend to file limine motions)
   b. Memoranda in opposition to motions in limine filed and served by: March 14, 2006
3. Brady and Giglio Material by: (no Brady; Giglio to be produced the Friday before trial)
4. a. Jury Instructions exchanged by March 9, 2006
   d. Filings required by 4(b) & (c) by: March 16, 2006.
5. Witness Lists per stipulation by March 22, 2006.
6. Exhibits

      a.      Parties will exchange exhibits (the Friday before trial)
      b.      Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by March 16, 2006.
8. <u>Voir Dire Questions</u>: In writing by March 16, 2006.
9. <u>Trial Briefs</u>: by March 16, 2006.
10. <u>Jencks Disclosures</u>.  The government does not agree to turn over Jencks material before trial.
11. <u>Other Matters</u>: None.
12. N/A


Submitted by: Shari Afuso, Courtroom Manager


CR02-176DAE
USA v. (10) Edward Mersburgh
Final Pretrial Conference Minutes
2/27/2006