# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
03/10/2006 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 02-00176DAE

**CASE NAME:**                                        vs.

   **INTERPRETER:**

---

**JUDGE:** JUDGE DAVID ALAN EZRA          **REPORTER:** CYNTHIA FAZIO

**DATE:** 03/10/2006                      **TIME:**

                                           **ROOM:** AHA KUPONO

---

**COURT ACTION:** EO

Jury Selection/Trial to Follow as to Defendant (10) Edward Mersburgh continued from 03/29/2006 09:00:00 AM to 07/18/2006 09:00:00 AM before DAE

Final Pretrial Conference as to Defendant (10) Edward Mersburgh continued from 02/27/2006 10:00:00 AM to 06/19/2006 10:00:00 AM, Judge presiding changed from KSC to BMK, from COURTROOM 5 to COURTROOM 6 before BMK

Time excluded from 3/29/2006 to 7/18/2006. Stip to be prepared.


Submitted by: Richlyn Young, Courtroom Manager

*Created: 03/10/2006 09:17:18 AM*                              Document: 33438701