EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00176-10 DAE |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING TRIAL AND TO |
| | ) EXCLUDE TIME |
| EDWARD MERSBURGH,      (10), | ) |
| aka "Kawaika," | ) Old Date:  March 29, 2006 |
| | ) New Date:  July 18, 2006 |
| Defendant. | ) Judge:  Hon. David A. Ezra |
| _____ | ) |


STIPULATION AND ORDER CONTINUING
TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the jury trial presently scheduled for March

29, 2006 be continued to July 18, 2006.

This continuance is made at the request of the defense

in order to allow counsel adequate time within which to conduct

further investigation, prepare pretrial motions and prepare the

case for trial, confer with and advise the defendant and to

ensure continuity of counsel for the defendant and for the

government.  Defense counsel has a murder case in state court and

government counsel has contested sentencing hearing in United

States District Court during the week of March 28th and the Court

finds that failure to grant such continuance would unreasonably

deny counsel for the defendant reasonable time necessary for

effective preparations, taking into account the exercise of due

diligence and would deny continuity of counsel for the defendant

and for the government.  Counsel for both the defendant and

government have trials in April and May.  Accordingly, this Court

finds that the ends of justice served by continuing the trial in

this case until July 18, 2006, outweigh the best interest of the

public and the defendant in a speedy trial.

       IT IS FURTHER STIPULATED AND AGREED by and between the

parties that the time period beginning and including

//

//

//

//

//

//

//

March 29, 2006 to and including July 18, 2006, be excluded from

the computations required by the Speedy Trial Act, 18 U.S.C. §

3161.

        DATED: March 21, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                      By /s/ Thomas Muehleck
                        THOMAS MUEHLECK
                        Assistant U.S. Attorney


                        /s/ William M. Domingo
                        WILLIAM M. DOMINGO
                        Attorney for defendant
                          Edward Mersburgh


        IT IS APPROVED AND SO ORDERED.

        DATED: March 21, 2006, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge




United States v. Edward Mersburgh
Cr. No. 02-00176-10 DAE

Stipulation and Order Continuing
Trial and to Exclude Time