EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Jonathan.Loo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00176 DAE |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION FOR |
| | ) | ORDER SHORTENING TIME |
| vs. | ) | |
| | ) | |
| EDWARD MERSBURGH, | ) | |
| aka "Kawika," (10), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

EX PARTE MOTION FOR ORDER SHORTENING TIME

Comes now the UNITED STATES OF AMERICA and moves this Court pursuant to Local Rule 220-10(e) for an order shortening time to allow it to notice a Motion to Continue Trial.  The grounds for this motion are as follows:

1.  The United States has filed a Motion to Continue Trial in the above encaptioned case.  Trial is presently set for July 18, 2006.

      2.   The case is set for a final pretrial conference before United States Magistrate Judge Barry M. Kurren on June 27, 2006 at 2:00 p.m.

      3.   A motion notice pursuant to Local Rule 345-2(d) would be moot and defendant's attorney concurs to a shortening of time to hear this motion.

      DATED: June 26, 2006, at Honolulu, Hawaii.

                                 EDWARD H. KUBO, JR.
                                 United States Attorney
                                 District of Hawaii

                               By <u>/s/ Jonathan M. F. Loo</u>
                                 JONATHAN M. F. LOO
                                 Assistant U.S. Attorney