```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )   CR. NO. 02-00176 DAE
                               )
               Plaintiff,      )   DECLARATION OF
                               )   JONATHAN M. F. LOO
     vs.                       )
                               )
EDWARD MERSBURGH,              )
     aka "Kawika," (10),       )
                               )
               Defendant.      )
_____)
```

## DECLARATION OF JONATHAN M. F. LOO

I, JONATHAN M. F. LOO, declare that:

1. I am an Assistant United States Attorney for the District of Hawaii and assigned to this case.

2. On Friday, June 23, 2006 I advised defense counsel William M. Domingo, Esq., that I would be filing a motion to continue trial. Trial is presently set for July 18, 2006. Mr. Domingo advised me that he concurred with a shortening of time to hear the government's motion.

3. A motion notice pursuant to Local Rule 345-2(d) would be moot inasmuch as the case is presently set for a final pretrial conference on Tuesday, June 27, 2006 at 2:00 p.m. before United States Magistrate Judge Barry M. Kurren.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2006, at Honolulu, Hawaii.


/s/ Jonathan M. F. Loo
JONATHAN M. F. LOO