EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Jonathan.Loo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00176 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO SHORTEN TIME |
| vs. | ) | |
| | ) | |
| EDWARD MERSBURGH, | ) | |
| aka "Kawika," (10), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME

Pursuant to motion of the United States and based upon the Declaration of Jonathan M. F. Loo in support thereof,

      IT IS HEREBY ORDERED that the United States be allowed to notice a Motion to Continue Trial for Thursday, June 29, 2006, at 9:00 a.m.

      DATED: June 26, 2006, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

United States of America v. Edward Mersburgh, Cr. No. 02-00176 DAE; ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME