EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Jonathan.Loo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00176 DAE |
| | ) | |
| Plaintiff, | ) | WITHDRAWAL OF UNITED STATES' |
| | ) | MOTION TO CONTINUE TRIAL |
| vs. | ) | AND TO EXCLUDE TIME; |
| | ) | CERTIFICATE OF SERVICE |
| EDWARD MERSBURGH, | ) | |
| aka "Kawika," (10), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WITHDRAWAL OF UNITED STATES' MOTION
TO CONTINUE TRIAL AND TO EXCLUDE TIME

The United States of America hereby withdraws its Motion to

Continue Trial and to Exclude Time filed on June 26, 2006.

DATED: July 3, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                         By /s/ Florence T. Nakakuni for
                              JONATHAN M. F. LOO
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William M. Domingo   wmdomingo@yahoo.com        July 5, 2006

/s/ M. Derby-Taufa'asau