# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 02-00176DAE

CASE NAME:         USA vs. (10) EDWARD MERSBURGH aka "Kawika"

ATTYS FOR PLA:     Florence T. Nakakuni

ATTYS FOR DEFT:    (10) William M. Domingo

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
|---|---|---|---|
| DATE: | 7/6/2006 | TIME: | 10:35-11:00 |

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (10) Edward Mersburgh present in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Memorandum of Plea Agreement, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Count 18 of the Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to Count 18 of the Superseding Indictment set for 2:15 p.m. 11/6/06 before Judge David Alan Ezra.

Defendant (10) Edward Mersburgh remanded to the custody of the U.S. Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager