THE LAW OFFICE OF WILLIAM M. DOMINGO

WILLIAM M. DOMINGO   #3944
Attorney at Law
568 Halekauwila Street, 2nd Floor
Honolulu, Hawaii   96813
Telephone:   (808) 521-4323
Facsimile:    (808) 545-2628
E-Mail:       wmdomingo@yahoo.com

Attorney for Defendant
EDWARD MERSBURGH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00176-10 DAE-03 |
|---|---|
| Plaintiff, | )<br>) DEFENDANT EDWARD<br>) MERSBURGH'S RESPONSE TO |
| vs. | ) DRAFT PRESENTENCE REPORT;<br>) CERTIFICATE OF SERVICE |
| EDWARD MERSBURGH,<br>also known as, "Kawika," | )<br>) |
| Defendant. | ) |

**DEFENDANT EDWARD MERSBURGH'S**
**RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, EDWARD MERSBURGH, by and through counsel, William M. Domingo, respectfully submits that there are no additions or corrections to the Presentence Report prepared 9/21/06.

DATED:   Honolulu, Hawaii, September 27, 2006.


                    /s/   William M.  Domingo
                    WILLIAM M. DOMINGO
                    Attorney for Defendant
                    EDWARD MERSBURGH

## CERTIFICATE OF SERVICE

I, WILLIAM M. DOMINGO, hereby certify that a true and exact copy of the foregoing document was electronically served to the following on September 27, 2006:

>JONATHAN LOO, ESQ.
>Assistant United States Attorney
>6100 PJKK Federal Building
>300 Ala Moana Blvd.
>Honolulu, Hawaii  96813
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>ELLIE ASASAKI
>Senior U.S. Probation Officer
>300 Ala Moana Blvd., Room C-126
>Honolulu, Hawaii  96813
>
>DATED:   Honolulu, Hawaii, September 27, 2006.
>
>          /s/   William M.  Domingo
>     WILLIAM M. DOMINGO
>     Attorney for Defendant
>     EDWARD MERSBURGH