EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jonathan.loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00176-10 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT OF |
| vs. | ) | THE UNITED STATES; |
| | ) | CERTIFICATE OF SERVICE |
| EDWARD MERSBURGH,  (10) | ) | |
|    aka "Kawika", | ) | Date:   November 6, 2006 |
| | ) | Time:   10:30 a.m. |
| Defendant. | ) | Judge:  David Alan Ezra |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has no objections to this draft presentence report.

DATED: November 2, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Jonathan M. F. Loo
          JONATHAN M. F. LOO
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

WILLIAM M. DOMINGO, ESQ.                November 2, 2006
wmdomingo@yahoo.com

Attorney for Defendant
EDWARD MERSBURGH


Served by Hand-Delivery:                 November 2, 2006

U.S. PROBATION OFFICE
ATTN: Ellie Asasaki
300 Ala Moana Boulevard
Honolulu, HI 96850


DATED: Honolulu, Hawaii, November 2, 2006.


                                    /s/ M. Derby-Taufa'asau